# United States Court of Appeals
## For the First Circuit

No. 01-1780

UNITED STATES OF AMERICA,

Appellee,

v.

ALFRED SHARPTON,

Defendant, Appellant.

No. 01-1781

UNITED STATES OF AMERICA,

Appellee,

v.

ADOLFO CARRIÓN,

Defendant, Appellant.

No. 01-1782

UNITED STATES OF AMERICA,

Appellee,

v.

ROBERTO RAMÍREZ,

Defendant, Appellant.

No. 01-1783

UNITED STATES OF AMERICA,

Appellee,

v.

JOSÉ RIVERA,

Defendant, Appellant.

---

ERRATA

The opinion of this court, issued June 14, 2001, should be amended as follows:

On page 2, the following lines are to be inserted after the listing of counsel for appellants:

"Elaine R. Jones, Theodore M. Shaw, Norman J. Chachkin, and James L. Cott on brief for NAACP Legal Defense & Educational Fund, Inc., amicus curiae."